**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GENE FONTAINE** <br> **Plaintiff,** <br> **vs.** <br> **PHH MORTGAGE CORPORATION** <br> **Defendant.** | : | **C.A. No. 1:25-cv-506** |

**JOINT MOTION TO ENLARGE SCHEDULING ORDER DEADLINES**

Defendant Onity Mortgage Corporation, formerly known as PHH Mortgage Corporation, together with Plaintiff Gene Fontaine (the "Parties"), respectfully request an enlargement of all deadlines as set forth in the Court's July 1, 2026, Text Order in the above-captioned matter.

The Parties request this enlargement because they require additional time to conduct depositions due to scheduling conflicts. The requested enlargement will not prejudice any Party or unduly delay resolution of this matter.

Specifically, the parties request the Court set the following proposed deadlines:

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Factual Discovery Closure Date | 9/3/2026 | 10/19/2026 |
| Plaintiff's Expert Disclosures Due | 9/17/2026 | 11/2/2026 |
| Defendants' Expert Disclosures Due | 9/30/2026 | 11/16/2026 |
| Expert Discovery Closure Date | 10/21/2026 | 12/14/2026 |
| Dispositive Motions Due | 11/18/2026 | 1/19/2027 |

WHEREFORE, the Parties respectfully request that the Court grant this motion to extend the Scheduling Order deadlines and adopt the deadlines set forth above.

Plaintiff
Gene Fontaine

By His Attorney,

*/s/ John B. Ennis, Esq.*
John B. Ennis, Esq. (#2135)
1200 Reservoir Avenue
Cranston, RI 02920
401.943-9230
jbelaw75@gmail.com

Defendant,
Onity Mortgage Corporation,

By Its Counsel,
Troutman Pepper Locke, LLP,

*/s/ Nathalie V. Orlandini*
Krystle G. Tadesse, Esq. (#7944)
Nathalie V. Orlandini, Esq. (#10265)
2800 Financial Plaza
Providence, RI 02903-2499
401.274.9200
krystle.tadesse@troutman.com
nathalie.orlandini@troutman.com

Dated: August 20, 2026

**CERTIFICATE OF SERVICE**

I certify that on the 20th day of August, 2026, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

*/s/ Nathalie V. Orlandini*
Nathalie V. Orlandini